ACCEPTED
03-15-00735-CR
13877101
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 1:36:07 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00735-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 1:36:07 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| VICTOR ROSALES | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 299TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-14-300723

### STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)     Following his conviction for Aggravated Sexual Assault of a Child, the appellant filed his notice of appeal in the above cause on November 20, 2015. Appellant's counsel filed a brief on August 19, 2016.

1

(b)     The State's brief is currently due on **November 18, 2016**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  During the period since this brief was filed, the attorney assigned to this case has completed and filed the State's brief in another pending appellate case (i.e. *Edward Funderburke v. State of Texas*, No. 03-15-00634-CR). The undersigned attorney has also been assigned to prepare a response for two other pending appellate cases, (i.e. *Robert Lee Martin v. State of Texas,* No. 03-16-00575-CR; and *Jose Hernandez-Javier v. State of Texas,* No. 08-16-00195-CR).

2.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **December 19, 2016.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney
State Bar No. 24043661
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4811
Matthew.Foye@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 266 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th day of November, 2016, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Richard E. Wetzel, Attorney at Law, 1411 West Avenue, Suite 100, Austin, Texas 78701, Wetzel_law@1411west.com .

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney